THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL D. WESLEY, Appellant.

Submitted July 12, 2010; decided August 26, 2010

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BLAKE WINGATE, Appellant.

Submitted August 2, 2010; decided August 26, 2010

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

KIM RAGLAND, Appellant, v J.F. BELLNIER, as Superintendent of Upstate Correctional Facility, Respondent.

Submitted June 14, 2010; decided August 26, 2010

Motion to vacate this Court's May 7, 2010 dismissal order granted [see 14 NY3d 884 (2010)]. On the Court's own motion, appeal transferred, without costs, to the Appellate Division, Third Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (NY Const, art VI, § 3 [b] [2]; § 5 [b]; CPLR 5601 [b] [2]).